PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

PER CURIAM.

The offense is aggravated assault; the punishment, 30 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.

**Hester GOWIN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27220.**

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

**Jesus VILLAGAS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27225.**

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the driving, while intoxicated, of a motor vehicle upon a public